UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM REED | : |
| : | |
| Plaintiff, : | Civil Action No. |
| : | 1:17-cv-00925 |
| vs. : | |
| : | |
| NORFOLK SOUTHERN RAILWAY COMPANY : | |
| : | |
| Defendant. : | |

## STIPULATION OF DISCONTINUANCE

The Parties having reached settlement, **IT IS HEREBY** stipulated and agreed by and among the undersigned attorneys that all claims by and against Defendant, Norfolk Southern Railway Company, are dismissed in their entirety, with prejudice, with each party to bear their own costs and attorneys' fees.

KELLER & GOGGIN, P.C.

By: */s/ Voci R. Bennett, Esq.*
1528 Walnut Street
Suite 1900
Philadelphia, PA 19102
*Attorneys for Plaintiff William Reed*
Dated: May 11, 2018

NIXON PEABODY LLP

By:*/s/Lynnette Nogueras-Trummer*
Key Towers at Fountain Plaza
40 Fountain Plaza, Suite 500
Buffalo, NY 14202
*Attorneys for Defendant NSRC*
Dated: May 11, 2018

COZEN O'CONNOR

By:/s/*Joseph P. Sirbak II*
1650 Market Street
Suite 2800
Philadelphia, PA 19103
*Attorneys for Defendant NSRC*
Dated: May 11, 2018